# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BRYAN SHAW                                                                 PLAINTIFF

v.                              No. 3:20-cv-134-DPM

JESSE MORRIS TRUCKING, LLC, d/b/a
Titan Transportation; NEW PRIME, INC.,
d/b/a Prime, Inc.; and JOHN DOE, Driver                                    DEFENDANTS

## ORDER

The Court notes the defendants' notice of removal, *Doc. 1*. But there is some jurisdictional fogginess. "[A]n LLC's citizenship is that of its members[.]" *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004). The notice is unclear about the citizenship of Jesse Morris Trucking's members. Who are they and where are they domiciled? Does complete diversity exist? Notice (joint or separate) due by 8 June 2020.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 May 2020