IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRYAN SHAW                                                    PLAINTIFF

v.                          No. 3:20-cv-134-DPM

JESSE MORRIS TRUCKING, LLC, d/b/a
Titan Transportation;  NEW PRIME, INC.,
d/b/a Prime Inc.;  and JOHN DOE, Driver          DEFENDANTS

JUDGMENT

Shaw's complaint is dismissed with prejudice.  The Court retains jurisdiction until 9 April 2021 to enforce the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 March 2021